

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00541-CR

**IN RE** Wilbert P. **STEWART**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

On August 15, 2018, this court issued an opinion dismissing relator's petition for writ of mandamus for lack of jurisdiction. On September 4, 2018, relator filed a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on September 10, 2018.

PER CURIAM

ATTESTED TO: _____
                     Keith E. Hottle,
                     Clerk of Court

---

[1] This proceeding arises out of Cause No. 1993-CR-0145, styled *The State of Texas v. Wilbert P. Stewart*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.